**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONALD W. WEAVER JR., | ) | NO. ED CV 23-1888-TJH(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SHERIFF JOHN DOE, ET AL., | ) | JS-6 |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 24, 2024

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE